UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Cr. No. 95-164 ~~(AK)~~ TFH -03 |
| ) | (SEALED) |
| DUANE COLBERT EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

FILED

OCT 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TONY W. MILES
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2006, a copy of the foregoing Notice of Assignment was served, by first-class mail, postage-prepaid, upon Tasheeka Hawkins, Assistant U.S. Attorney, United States Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530.

/s/
_____
TONY W. MILES

RECEIVED

OCT 3 0 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT