U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED

OCT 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Jonathan L. Moreland

Case No. CR-06-264 (RBW) (SEALED)

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __31st__ day of __October 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __October 31, 2006__ by __Special Agent Brian Crews__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the Federal Bureau of Investigation__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80