AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
OCT 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Jonathan L. Moreland

WAIVER OF INDICTMENT

(SEALED)

CASE NUMBER: CR-06-264 (RBW)

I, _Jon Moreland_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _October 31, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer