UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-264 (RBW) |
| | : | |
| JONATHAN L. MORELAND | : | **UNDER SEAL** |
| | : | |
| | : | |

**JOINT MOTION TO CONTINUE FEBRUARY 2, 2007 STATUS HEARING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Jonathan L. Moreland hereby jointly move the Court to continue the February 2, 2007 status hearing in this matter for 120 days for the reasons set forth below.

Defendant Jonathan L. Moreland pled guilty pursuant to a plea agreement on October 31, 2006, to an information charging one count of obstruction of justice in violation of 18 U.S.C. § 1505. At the plea hearing, the Court set a status hearing in this matter for February 2, 2007, at 9:30 a.m. The plea agreement executed by the United States and defendant Moreland included an agreement by Mr. Moreland to cooperate with the United States. It is expected that Mr. Moreland will testify at the trial of Marc Duchesne, whose case is under seal and who has yet to be apprehended. Mr. Moreland is continuing to cooperate with the United States.

Accordingly, the United States and defendant Moreland respectfully request that the February 2, 2007 status hearing be continued for 120 days.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

By: _____
      Jonathan R. Barr
      Assistant U.S. Attorney
      D.C. Bar No. 437334
      (202) 514-9620
      555 4th Street, N.W., 5th Floor
      Washington, D.C. 20530


_____
Elise Haldane, Esq.
Counsel for Jonathan L. Moreland
D.C. Bar No. 242826
303 E Street, N.E.
Washington, D.C. 20002
(t) (202) 659-8700
(f) (202) 544-0165