UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-264 (RBW) |
| | : | |
| JONATHAN MORELAND | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for February 2, 2007, at 9:30 a.m. for 120 days.  For the reasons stated therein, it is this _____ day of January 2007,

ORDERED that the Joint Motion to Continue February 2, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the February 2, 2007 status hearing is hereby continued to _____  _____, 2007, at _____ (a.m./p.m.)


Date:_____          _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE


copy to:

Jonathan R. Barr                 Elise Haldane, Esq.
Assistant United States Attorney 303 E Street, NE
U.S. Attorney's Office           Washington, D.C.  20002
555 4th Street, NW, Room 5241
Washington, D.C.  20530