UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Criminal No. 06-264 (RBW) |
| | : | |
| JONATHAN L. MORELAND | : | **UNDER SEAL** |
| | : | |
| | : | |

**JOINT MOTION TO CONTINUE JUNE 6, 2007 STATUS HEARING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Jonathan L. Moreland hereby jointly move the Court to continue the June 6, 2007 status hearing in this matter for 180 days for the reasons set forth below.

Defendant Jonathan L. Moreland pled guilty pursuant to a plea agreement on October 31, 2006, to an information charging one count of obstruction of justice in violation of 18 U.S.C. § 1505. The Court previously set a status hearing in this matter for June 6, 2007, at 11:45 a.m. The plea agreement executed by the United States and defendant Moreland included an agreement by Mr. Moreland to cooperate with the United States. It is expected that Mr. Moreland will testify at the trial of Marc Duchesne, whose case is under seal and who has yet to be apprehended. In addition, the United States has recently received information concerning the possible whereabouts of Marc Duchesne, and the United States is in the process of seeking his apprehension. Mr. Moreland is continuing to cooperate with the United States.

1

Accordingly, the United States and defendant Moreland respectfully request that the June 6, 2007 status hearing be continued for 180 days.

                                              Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

_____
Elise Haldane, Esq.
Counsel for Jonathan L. Moreland
D.C. Bar No. 242826
303 E Street, N.E.
Washington, D.C. 20002
(t) (202) 659-8700
(f) (202) 544-0165