UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-264 (RBW) |
| | : | |
| JONATHAN MORELAND | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 6, 2007, at 11:45 a.m. for 180 days. For the reasons stated therein, it is this _____ day of May 2007,

ORDERED that the Joint Motion to Continue June 6, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 6, 2007 status hearing is hereby continued to _____ _____, 2007, at _____ (a.m./p.m.)

Date:_____          _____
                                  REGGIE B. WALTON
                                  UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr                  Elise Haldane, Esq.
Assistant United States Attorney  303 E Street, NE
U.S. Attorney's Office            Washington, D.C.  20002
555 4th Street, NW, Room 5241
Washington, D.C.  20530