UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 06-264 (RBW) |
| JONATHAN MORELAND | : | UNDER SEAL |

FILED

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 6, 2007, at 11:45 a.m. for 180 days. For the reasons stated therein, it is this 29th day of May 2007,

ORDERED that the Joint Motion to Continue June 6, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 6, 2007 status hearing is hereby continued to December 7th, 2007, at 1:30 (a.m./p.m.)

Date: May 29, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Elise Haldane, Esq.
303 E Street, NE
Washington, D.C. 20002

TOTAL P.011