UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-264 (RBW) |
| | : | |
| JONATHAN L. MORELAND | : | **UNDER SEAL** |
| | : | |
| | : | |

**UNOPPOSED MOTION BY THE UNITED STATES TO UNSEAL
INDICTMENT AND PROCEEDINGS**

The United States of America, by its attorney, the United States Attorney for the District of

Columbia, hereby moves the Court to unseal the Indictment and all proceedings in this criminal

action for the reasons set forth below.  Counsel for defendant Jonathan L. Moreland has been

contacted, and does not oppose the Government's Motion to Unseal.

Defendant Jonathan L. Moreland pled guilty pursuant to a plea agreement on October 31,

2006, to an information charging one count of Obstruction of Justice in violation of 18 U.S.C. §

1505.  The plea agreement executed by the United States and defendant Moreland included an

agreement by Mr. Moreland to cooperate with the United States.  It is expected that Mr. Moreland

will testify at the trial of Marc Duchesne, whose case is under seal.[1]  The above captioned criminal

action against defendant Moreland was placed under seal pending the arrest of Marc Duchesne.

It is the Government's understanding that Mr. Duchesne has recently been arrested by

authorities in Switzerland on Swiss charges.  A Swiss government official has indicated that

---

[1]    The United States has separately filed a motion to request that defendant Duchesne's
criminal action also be unsealed.

pursuant to a previous request by the United States, the Swiss intend also to execute a provisional

arrest of Mr. Duchesne related to the charges against Mr. Duchesne in the United States.  Mr.

Duchesne has informed the Swiss Government that he will not agree to extradition to the United

States.  Accordingly, the United States is in the process of formalizing written extradition papers for

Mr. Duchesne.  It is unclear how long it will take to litigate the United States' application for the

extradition of Mr. Duchesne.    However, given that Mr. Duchesne is currently being detained in

Switzerland and is aware of the charges in the United States, there is no longer a compelling reason

to keep this matter under seal.

Accordingly, the United States respectfully requests that the Indictment and all proceedings

in this criminal action be unsealed.  Defendant Moreland doe not oppose the United States' Motion

to Unseal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:    _____

Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

**Certificate of Service**

I hereby certify that on this _____ day of September 2007, I have caused a copy of the

Unopposed Motion of the United States to Unseal the Indictment and All Proceedings to be

served by first class mail to counsel for defendant at the following address:

        Elise Haldane, Esq.
        303 E Street, NE
        Washington, D.C.  20002


        _____
        Jonathan R. Barr
        Assistant United States Attorney