UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-264 (RBW) |
| | : | |
| JONATHAN L. MORELAND | : | **UNDER SEAL** |
| | : | |
| | : | |

### O R D E R

This matter comes before the Court upon the government's Unopposed Motion to Unseal the Indictment and Proceedings in this Criminal Action. For the reasons stated therein, it is this ____ day of _____ 2007,

ORDERED that the government's Unopposed Motion to Unseal the Indictment and Proceedings in this Criminal Action is hereby GRANTED; and

IT IS FURTHER ORDERED that the Indictment and all proceedings in this criminal action be unsealed.

Date:_____          _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr                 Elise Haldane, Esq.
Assistant United States Attorney 303 E Street, NE
U.S. Attorney's Office           Washington, D.C.  20002
555 4th Street, NW, Room 5241
Washington, D.C.  20530