UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES        :
                     :
v.                   :  CR No. 06-264 (RBW)
                     :
JONATHAN L. MORELAND :
                     :
                     :

## ORDER

This matter comes before the Court upon the government's Unopposed Motion to Unseal the Indictment and Proceedings in this Criminal Action. For the reasons stated therein, it is this 1st day of October 2007,

ORDERED that the government's Unopposed Motion to Unseal the Indictment and Proceedings in this Criminal Action is hereby GRANTED; and

IT IS FURTHER ORDERED that the Indictment and all proceedings in this criminal action be unsealed.

Date: October 1, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Elise Haldane, Esq.
303 E Street, NE
Washington, D.C. 20002