UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Criminal No. 06-264 (RBW) |
| : | |
| **JONATHAN L. MORELAND,** : | |
| : | |
| : | |

**JOINT MOTION TO CONTINUE THE DECEMBER 7, 2007
STATUS HEARING FOR 180 DAYS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and the defendant Jonathan L. Moreland hereby jointly move to continue the currently scheduled December 7, 2007, status hearing for 180 days for the reasons set forth below.

Defendant Jonathan L. Moreland pled guilty pursuant to a plea agreement on October 31, 2006, to an information charging one count of Obstruction of Justice in violation of 18 U.S.C. § 1505. The plea agreement executed by the United States and defendant Moreland included an agreement by Mr. Moreland to cooperate with the United States. It is expected that Mr. Moreland will testify at the trial of Marc Duchesne when Mr. Duchesne's presence is obtained in the United States.

It is the Government's understanding that Mr. Duchesne has been arrested by authorities in Switzerland on Swiss charges, and is being held. The United States has requested that the Swiss government execute a provisional arrest of Mr. Duchesne on U.S. charges should he be released. Mr. Duchesne has informed the Swiss Government that he will not agree to extradition to the United States. Accordingly, the United States is in the process of formalizing written extradition papers for

Mr. Duchesne. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. The United States has been informed that the United Kingdom will also seek the extradition of Mr. Duchesne.

Accordingly, the United States and defendant Moreland respectfully request that the December 7, 2007, status hearing scheduled for 1:30 p.m. be continued for 180 days.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


By: _____/s/_____
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530


By: _____/s/_____
Elise Haldane, Esq.
Counsel for Jonathan L. Moreland
D.C. Bar No. 242826
303 E Street, N.E.
Washington, D.C. 20002
(202) 659-8700