UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-264 (RBW) |
| | : | |
| **JONATHAN L. MORELAND,** | : | |
| | : | |
| | : | |

## **O R D E R**

This matter comes before the Court upon the United States' and defendant's Joint Motion to Continue the December 7, 2007 Status Hearing for 180 days. For the reasons stated therein, it is this ____ day of _____ 2007,

ORDERED that the Joint Motion to Continue the December 7, 2007, Status Hearing for 180 days is hereby GRANTED; and

IT IS FURTHER ORDERED that the December 7, 2007 status hearing be continued to _____, 2008 at _____ (am/pm).


Date:_____                    _____
                                            REGGIE B. WALTON
                                            UNITED STATES DISTRICT JUDGE


copy to:

Jonathan R. Barr                            Elise Haldane, Esq.
Assistant United States Attorney            303 E Street, NE
U.S. Attorney's Office                      Washington, D.C.  20002
555 4th Street, NW, Room 5241
Washington, D.C.  20530