UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. :
: Criminal No. 06-264 (RBW)
JONATHAN L. MORELAND, :
:
:
:

## ORDER

This matter comes before the Court upon the United States' and defendant's Joint Motion to Continue the December 7, 2007 Status Hearing for 180 days. For the reasons stated therein, it is this 30st day of November 2007,

ORDERED that the Joint Motion to Continue the December 7, 2007, Status Hearing for 180 days is hereby GRANTED; and

IT IS FURTHER ORDERED that the December 7, 2007 status hearing be continued to June 13, 2008 at 2:00 (am/pm).

Date: November 30, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Elise Haldane, Esq.
303 E Street, NE
Washington, D.C. 20002