UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-264 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **JONATHAN L. MORELAND,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney, James A. Mitzelfeld, at telephone number: (202) 514-7131 and/or email address: James.Mitzelfeld@usdoj.gov. Assistant United States Attorney Mitzelfeld will substitute for Assistant United States Attorney Jonathan R. Barr as counsel for the United States.

    Respectfully submitted,

    JEFFREY A TAYLOR
    UNITED STATES ATTORNEY


    _____/s/_____
    JAMES A. MITZELFELD
    ASSISTANT UNITED STATES ATTORNEY
    555 Fourth Street, N.W.
    Room 5824
    Washington, D.C.  20530
    (202) 514-7131
    Fax: (202) 305-8537
    James.Mitzelfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22ND day of February, 2008, a copy of the Notice of Substitution of Counsel was served by electronic mail on counsel for the defendant:

>Marie Elise Haldane
>303 E Street, NE
>Washington, DC 20002
>(202) 659-8700
>Ehaldane@msn.com

_____/s/_____
JAMES A. MITZELFELD
Assistant United States Attorney