UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES | : |
| v. | : No. 06-264 (RBW) |
| JONATHAN L. MORELAND | : |

### ORDER

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 13, 2008, at 2 p.m. for 180 days. For the reasons stated therein, it is this 10th day of June 2008,

ORDERED that the Joint Motion to Continue June 13, 2008 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 13, 2008 status hearing is hereby continued to February 6, 2009 at 9:30 (a.m./p.m.)

Date: June 10, 2008

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

James A. Mitzelfeld
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5824
Washington, D.C. 20530
Email: james.mitzelfeld@usdoj.gov

Elise Haldane, Esq.
303 E Street, NE
Washington, D.C. 20002
Email: Ehaldane@msn.com